61,995-02

CAUSE NO. _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

LEONARD RAY JACKSON, relator

v.

BEXAR COUNTY DISTRICT CLERK
IN HER OFFICIAL CAPACITY, respondent

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

TRIAL CAUSE NO.2002CR5940
BEXAR COUNTY

**PLANTIFFS ORIGINAL APPLICATION FOR
WRIT OF MANDAMUS**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, LEONARD RAY JACKSON,relator,pro-se in the above styled
and numbered cause of action and files this ORIGINAL APPLICATION
FOR WRIT OF MANDAMUS, pursuant to the TEXAS CODE OF CRIMINAL
PROCEDURE, and would show the court the following:

I.

RELATOR

1.01 LEONARD RAY JACKSON,TDCJ#1144255 is an offender incarcerated
in the WALLACE UNIT, 1675 s.fm 3525,COLORADO CITY,TX.79512.

1.02 RELATOR has exhausted his remedies and has no other adequate
remendy at law.

1.03 THE act sought to be compelled is ministerial, not discret-
ionary in nature T.C.C.P. art.2.21 DUTY OF CLERKS requires
respondent to immediately transmit to the court any motions
filed under T.C.C.P. 2.21(a)(1). HAD such documents been
transmitted to the court by respondent as required by
statute, relator would have received notice from the court.

P.1

## II.

RESPONDENT

2.01 Respondent, LIZZA MORENO, in her capacity as district clerk of BEXAR COUNTY,TEXAS. Has a ministrial duty to receive and file all papres in a criminal proceeding, and to perform all other duties imposed on the clerk by law pursuant to T.C.C.P art.2.21, and transmit to the court, any and all motions, answers filed, and certificate reciting the date upon which that finding was made by the convicting court. LIZZA MORENO, DISTRICT CLERK, may be served at her place of business at the following address, JUSTICE CENTER TOWER, 300 DOLOROSA ST 4th FL.,SAN ANTONIO, TEXAS 78205.

## III.

VIOLATIONS OF ART. 2.21 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

3.01 The respondent violated art. 2.21 of the T.C.C.P. by failing to present to the court relator's motion received on 1/26/15 @ 3:42pm, by certified mail receipt ps form 3811, article# 7014/0150/001/7821/4427, any answers filed, and a certificate reciting the date upon which that finding was made by the court within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

3.02 Request for the relator's motion, any answers filed, and a certificate reciting the date upon which that finding was made, were made by relator to LIZZA MORENO,DISTRICT CLERK,by certified mailed letter's dated 1/23/15; pursuant to art.2.21 true and correct copies of the above letter's are attached hereto as exhibit's A-D and are incorporated by reference herein for all purposes.

3.03 To date the relator has received no response from respondent reguarding relator's request for transmittal of a copy of the MOTION FOR FULL ACCESS TO DISTRICT ATTORNEY FILES, any answers filed, and a certificate reciting the date upon which that finding was made by the court.

3.04 As is clear from relator's letters, relator has repeatedlly put respondent on notice that relator seek's the hearing of his motion, any answers filed, and a certificate reciting the date upon which that finding was made by the court. relator has gone well beyond any requirement or obligations imposed upon him by the TEXAS CODE OF CRIMINAL PROCEDURE. In contrast to relator's efforts, respondent, has wholly failed to comply with the TEXAS CODE OF CRIMINAL PROCEDURE, art. 2.21(a)(1),

is acting in bad faith, and has failed to afford relator the professional and common courtesy of any written responses to his correspondence and request.

3.05 Article 2.21(a)(1) clearly states "In a criminal proceeding,a clerk of the District or County SALL: receive and file all papers[emphasis added]." Failure of respondent to present the motion to the court violates the T.C.C.P. 2.21(a)(1) and also state law as cited in **state ex rel RODRIGUEZ V. MARQUEZ**, 4 S.W.3d 227(Tex.Crim.App.1999)-to obtain mandamus relief from this court, a relator must show:(1)a "clear" right to relief usually when the judicial conduct in question violates a "minsterial" duty, and (2) no adquate remendy at law to redress the alleged harm. see **BUNTION v. HARMON**, 827 S.W.2d 945,947 (Tex.Cr.App.1992). Respondent is in violation of this procedure, ministeral duties, and the laws of the state.

PRAYER

Wherefore,Premises Considered, relator LEONARD RAY JACKSON,pro-se, respectfully request a finding that the respondent did not present the MOTION to the court that relator brought this litigation in good faith and substantally prevailed. Relator prays for an ORDER directing respondent to present the MOTION FOR FULL ACCESS TO DISTRICT ATTORNEY FILES to the court, any answers filed, and a certificate reciting the date upon which that finding was made to the court as directed in T.C.C.P. 2.21(a)(1) and as requested in relator's letters (EXHIBITS A-D).

RESPECTFULLY SUBMITTED,

relator,pro se
LEONARD RAY JACKSON
TDCJ#1144255
WALLACE UNIT
1675 s.fm 3525
COLORADO CITY, TX.79512

## AFFIDAVIT

I, LEONARD RAY JACKSON,TDCJ#1144255, DO HEREBY SWEAR UNDER PENALTY OF PERJURY, THAT THE FOREGOING INFORMATION IN THIS MOTION IS TRUE AND CORRECT TO THE BEST OF MY MEMORY.

EXECUTED ON THIS THE __14TH__ DAY OF __MAY__ ,2015.

RELATOR,pro-se


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE APPLICATION FOR WRIT OF MANDAMUS WAS SERVED ON LIZZA MORENO, AT JUSTICE CENTER TOWER,300 DOLOROSA ST. 4th FL., SAN ANTONIO, TEXAS 78205,BY PLACING A COPY IN THE U.S. MAIL POSTAGE PRE-PAID, ON THIS THE __14TH__ DAY OF __MAY__ ,2015.

RELATOR,pro-se

CAUSE NO. 2002CR5940

STATE OF TEXAS                    §      IN THE DISTRICT COURT OF

V.                                §      BEXAR COUNTY, TEXAS

LEONARD RAY JACKSON               §      175th JUDICIAL DISTRICT


MOTION FOR FULL ACCESS TO DISTRICT ATTORNEY FILES


TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LEONARD RAY JACKSON, PETITIONER IN THE ABOVE CAUSE AND FILES THIS MOTION FOR FULL ACCESS TO THE DISTRICT ATTORNEY FILE'S AND WOULD SHOW THE COURT THE FOLLOWING:

I.

THE PETITIONER IS CURRENTLY BEING HELD AT THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, WALLACE UNIT, 1675 s.fm 3525, COLORADO CITY, TEXAS 79512.

II.

PETITIONER REQUEST A FULL AND COMPLETE COPY OF THE DISTRICT ATTORNEY'S FILE IN CASE NO. 2002CR5940, UNDER THE TEXAS PUBLIC INFORMATION ACT (FORMALLY THE TEXAS OPEN RECORDS ACT); REFERR TO CREEL V. DIST. ATTY. FOR MEDINA COUNTY, 818 S.W.2d 45 (Tex. 1991).

III.

REGUARDING COST OF GATHERING AND PRODUCING THE REQUESTED PUBLIC INFORMATION, YOU ARE TO DETERMINE THE LEAST EXPENSIVE METHOD OF PROVIDING SUCH DISCLOSURE, AND YOU MUST COMPLY WITH THE GENERAL SERVICES COMMISSION IN DETERMINING YOUR CHARGES, IF ANY (TEX.GOV. CODE§552.262). THE CHARGES FOR PROVIDING COPIES OF PUBLIC INFOR- MATION MAY NOT BE EXCESSIVE AND MAY NOT EXCEED THE ACTUAL COSTS OF PRODUCING THE INFORMATION OR FOR MAKING PUBLIC INFORMATION THAT EXISTS IN A PAPER RECORD AVAILABLE (TEX.GOV.CODE§552.262[a]). YOU MUST ALSO MAKE REASONABLY EFFICIENT USE OF SUPPLIES AND OTHER RESOURCES TO AVOID EXCESSIVE REPRODUCTION COST (TEX.GOV.CODE§552. 268).

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 JAN 26 P 3:4
BY _____
DEPUTY

P.1

## PRAYER

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THAT THIS COURT GRANT THIS MOTION AND ORDER THE DISTRICT ATTORNEY TO COPY HIS FILE THAT DEAL'S WITH THE VICTIM'S RELATIONSHIP TO THIS PETITIONER AND REQUEST AN ITEMIZED LIST FOR COST.

RESPECTFULLY SUBMITTED,

LEONARD RAY JACKSON, petitioner
TDCJ#1144255
WALLACE UNIT
1675 s.fm 3525
COLORADO CITY, TEXAS 79512

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION FOR FULL ACCESS TO THE DISTICT ATTORNEY'S FILES WAS DELIVERED TO THE OFFICE OF THE DISTRICT ATTORNEY FOR BEXAR COUNTY, TEXAS, ON THIS THE 23ᴿᴰ DAY OF JANUARY ,2015.

LEONARD RAY JACKSON, petitioner

P.2

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~~Mel Rn~~  ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery
1-26-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Donna Kay MSKinney
District Clerk
101 Nueva, Ste. 217
San Antonio, TX
78205

3. Service Type
- ☒ Certified Mail  ☐ Express Mail
- ☐ Registered  ☒ Return Receipt for Merchandise
- ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(*Transfer from service label*)

7014 0150 0001 7821 4427

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

SAN ANTONIO

26 JAN '15

PM 4 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEONARD R. JACKSON
#1144255 WALLACE UNIT
1675 S. FM 3525
COLORADO CITY, TX
79512

P48